United States Bankruptcy Court
Southern District of New York
Manhattan Division

In re <u>Tavern On The Green, L.P. dba Tavern On The Green</u>    Case No._____
                                    Debtor                                   Chapter     11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of Creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacts | (3) Nature of Claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 1. | New York Hotel Trades Council and Hotel Association of New York City, Inc. Health Benefits Fund, Pension Fund, and Industry Training Fund<br>305 WEST 44TH ST.<br>NY          NY  10036 | | | $1,778,764.43 |
| 2. | Herrick, Feinstein LLP<br>2 PARK AVE.<br>New York      NY  10016 | | | $247,843.21 |
| 3. | CCS ARCHITECTURE, INC.<br>44 MCLEA CT.<br>San Francisco   CA  94103 | | | $235,000.00 |
| 4. | Kerby Distributors<br>103 IVY LANE<br>LIDO BEACH    NY  11561 | | | $197,454.20 |
| 5. | Littler Mendelson, P.C.<br>900 THIRD AVENUE<br>NEW YORK    NY  10022-4834 | | | $185,845.92 |
| 6. | AFI FoodService Distributors<br>1 IKEA DRIVE<br>Elizabeth        NJ  07207 | | | $175,304.41 |
| 7. | OPICI of NY<br>25 DE BOER DR.<br>GLEN ROCK     NJ  07452 | | | $140,311.52 |
| 8. | Wrobel & Schatz LLP<br>1040 AVENUE OF THE AMERICAS, 11TH FLOOR<br>New York      NY  10018 | | | $107,553.81 |

| | | |
|---|---|---|
| 9. | New York Tent Company<br>180 ORVILLE DRIVE<br>Bohemia    NY  11716 | $104,156.11 |
| 10. | 1995 CAM LP<br>P.O. BOX 10090<br>New York    NY  10259-0090 | $103,716.10 |
| 11. | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>1633 BROADWAY<br>New York    NY  10019-6799 | $95,773.39 |
| 12. | Lasser Hochman L.L.C<br>75 EISENHOWER PARKWAY, SUITE 120<br>ROSELAND    NJ  07068 | $91,204.16 |
| 13. | AETNA<br>P.O. BOX 88860<br>CHICAGO    IL  60695-1860 | $85,000.00 |
| 14. | Elite-In-Flite Services<br>1107 REDFERN AVE.<br>Far Rockaway    NY  11691 | $86,959.74 |
| 15. | American Express<br>P.O. BOX 1270<br>Newark    NJ  07101-1270 | $79,096.20 |
| 16. | NYC Department of Parks<br>THE ARSENAL<br>830 FIFTH AVENUE<br>NEW YORK    NY  10021 | $76,923.08 |
| 17. | Workman Publishing Co.<br>225 VARICK STREET<br>New York    NY  10014-4381 | $72,808.73 |
| 18. | PKSB Architects<br>330 West 42nd Street<br>New York    NY  10036 | $70,397.50 |
| 19. | Balter Sales Co. Inc.<br>209 BOWERY<br>NY    NY  10002 | $69,295.68 |
| 20. | Gotham Seafood<br>542 WEST 29TH ST.<br>N.Y.    NY  10001 | $68,197.53 |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York
### Manhattan Division

In re **Tavern on the Green Limited Partnership**, Case No. _____
Debtor
Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Michael S. Desiderio, Chief Operating Officer of the Partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **9/9/09**     Signature: _____

**Michael S. Desiderio, Chief Operating Officer**
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.