IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re

**Tavern On The Green Limited Partnership,
d/b/a Tavern On The Green,**

             Debtors.
------------------------------------------------------------x

CHAPTER 11

CASE NO. 09-15450 (ALG)

STATE OF NEW YORK   )
                                ) : ss.:
COUNTY OF NEW YORK  )

## AFFIDAVIT PURSUANT TO
## LOCAL BANKRUPTCY RULE 1007-2

      Michael S. Desiderio, hereby affirms the following to be true:

      1.      I am Chief Operating Officer of **Tavern On The Green Limited Partnership, d/b/a Tavern On The Green (the "Debtor")**. I am fully familiar with the facts set forth herein, and am authorized to make this affirmation on behalf of the Debtor.

      2.      The Debtor operates a restaurant in New York. The Debtor is a family owned business consisting of both LeRoy Adventures, Inc., which was established as a New York Corporation on May 2, 1973, and Tavern On The Green Limited Partnership which was established as a New York Limited Partnership on February 26, 1992, for which LeRoy Adventures, Inc. is the general partner.

      3.      No pre-petition committee was organized prior to the Order for relief.

      4.      The name and address of the Debtor's secured creditor is Mark H. Lawler, Executive Vice President Commercial Services of TD Banknorth, Two Portland Square, P.O. Box 9540, Portland, ME 04112-9540.

{NY076036;1}

5. The Debtor's inventory consists of food, perishables, and liquor which is maintained in its restaurant and warehouse. The estimated value of the inventory is presently estimated to be $175,000.

6. The names and addresses of the twenty largest unsecured creditors, excluding insiders, is attached to this affidavit.

7. The pending suits or proceedings against the Debtor are: a judgment issued by Littler Mendelson, P.C. for approximately $181,000, a judgment issued by Workman Publishing for approximately $74,000, as well as a confession of judgment to the NYHTC Health & Pension Funds for approximately $1.7 million.

8. The Debtor's principal assets are located in New York.

9. A summary of the Debtor's assets and liabilities is as follows:

Secured bank debt (TD Banknorth)- approx. $6M;

Unsecured Creditors (trade)- approx. $5.4M;

Union related debt (NYHTC Health & Pension Funds)- approx. 1.7M;

Real estate (Queens Warehouse)- $3.9M contract sale prize;

Fine Arts (chandeliers, paintings, etc.)- approx. $8.171M;

Trade Name Value- approx. $19M.

10. The purpose of filing this petition is to preserve the assets of the Debtor for the benefit of the creditors and to preserve priorities of creditors.

11. The estimated amount of payroll due to the Debtor's employees, including officers, for a period of thirty days following the filing of the petition is approximately $1 million.

{NY076036;1}

12. The estimated operating expenses of the Debtor for the next thirty days consists of food and beverage supplies plus payroll, totaling approximately $100,000 a week.

13. The Debtor's financial difficulties were caused by, amongst other things, the general economic climate resulting in weakening sales, and the inability to renew the restaurant's lease.

14. The Debtor has made no public offering of its securities and no securities issued by the Debtor are publicly held.

Michael S. Desiderio,
Chief Operating Officer

Sworn to before me this
11th day of September 2009

ELISSA FUDIM
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02FU6201536
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES 03/02/2013

{NY076036;1}

United States Bankruptcy Court
Southern District of New York
Manhattan Division

In re <u>Tavern On The Green, L.P. dba Tavern On The Green</u>  Case No. <u>09-15450</u>
                             Debtor                                               Chapter <u>11</u>

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of Creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacts | (3) Nature of Claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 1. | New York Hotel Trades Council and Hotel Association of New York City, Inc. Health Benefits Fund, Pension Fund, and Industry Training Fund<br>305 WEST 44TH ST.<br>NY      NY  10036 | | | $1,778,764.43 |
| 2. | Herrick, Feinstein LLP<br>2 PARK AVE.<br>New York    NY  10016 | | | $247,843.21 |
| 3. | CCS ARCHITECTURE, INC.<br>44 MCLEA CT.<br>San Francisco  CA  94103 | | | $235,000.00 |
| 4. | Kerby Distributors<br>103 IVY LANE<br>LIDO BEACH   NY  11561 | | | $197,454.20 |
| 5. | Littler Mendelson, P.C.<br>900 THIRD AVENUE<br>NEW YORK   NY  10022-4834 | | | $185,845.92 |
| 6. | AFI FoodService Distributors<br>1 IKEA DRIVE<br>Elizabeth   NJ  07207 | | | $175,304.41 |
| 7. | OPICI of NY<br>25 DE BOER DR.<br>GLEN ROCK   NJ  07452 | | | $140,311.52 |
| 8. | Wrobel & Schatz LLP<br>1040 AVENUE OF THE AMERICAS, 11TH FLOOR<br>New York    NY  10018 | | | $107,553.81 |

| | | |
|---|---|---|
| 9. | New York Tent Company<br>180 ORVILLE DRIVE<br>Bohemia NY 11716 | $104,156.11 |
| 10. | 1995 CAM LP<br>P.O. BOX 10090<br>New York NY 10259-0090 | $103,716.10 |
| 11. | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>1633 BROADWAY<br>New York NY 10019-6799 | $95,773.39 |
| 12. | Lasser Hochman L.L.C<br>75 EISENHOWER PARKWAY, SUITE 120<br>ROSELAND NJ 07068 | $91,204.16 |
| 13. | AETNA<br>P.O. BOX 88860<br>CHICAGO IL 60695-1860 | $85,000.00 |
| 14. | Elite-In-Flite Services<br>1107 REDFERN AVE.<br>Far Rockaway NY 11691 | $86,959.74 |
| 15. | American Express<br>P.O. BOX 1270<br>Newark NJ 07101-1270 | $79,096.20 |
| 16. | NYC Department of Parks<br>THE ARSENAL<br>830 FIFTH AVENUE<br>NEW YORK NY 10021 | $76,923.08 |
| 17. | Workman Publishing Co.<br>225 VARICK STREET<br>New York NY 10014-4381 | $72,808.73 |
| 18. | PKSB Architects<br>330 West 42nd Street<br>New York NY 10036 | $70,397.50 |
| 19. | Balter Sales Co. Inc.<br>209 BOWERY<br>NY NY 10002 | $69,295.68 |
| 20. | Gotham Seafood<br>542 WEST 29TH ST.<br>N.Y. NY 10001 | $68,197.53 |