**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **LeRoy Adventures, Inc.,** | : | **Case No. 09-15448 (ALG)** |
| | : | |
| Debtor. | : | |

-----------------------------------------------------------x


-----------------------------------------------------------x

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **Tavern on the Green Limited Partnership,** | : | **Case No. 09-15450 (ALG)** |
| | : | |
| Debtor. | : | |

-----------------------------------------------------------x

## APPOINTMENT OF COMMITTEE OF
## UNSECURED CREDITORS

Pursuant to Section 1102(a) and 1102(b) of the Bankruptcy Code, the following creditors of the above-captioned debtors being among the largest unsecured claimants who are willing to serve are appointed to the committee of unsecured creditors:

1.  New York Hotel Trades Council and Hotel Association of New York City, Inc.
    Health Benefits Fund, Pension Fund, and Industry Training Fund
    305 West 44th Street
    New York, New York 10036
    Attention: Robert Greenspan, Chief Executive Officer
    Telephone: (212) 586-6400
    Fax: (212) 581-3984

2.  New York Hotel & Motel Trades Council, AFL-CIO
    707 Eighth Avenue
    New York, New York 10003
    Attention: Richard Maruko, General Counsel
    Telephone: (212) 285-8100
    Fax: (212) 977-4550

3.  CCS Architecture, Inc.
    44 McLea Ct.
    San Francisco, California 94103
    Attention: Lev Weisbach, Principal
    Telephone: (145) 864-2800 Ext. 304
    Fax: (415) 864-2850

4.    Kerby Distributors
      103 Ivy Lane
      Lido Beach, New York 11561
      Attention: Evan Kimmelman, President
      Telephone: (516) 458-3111
      Fax: (516) 431-9275

5.    PFG-AFI Foodservice
      1 Ikea Drive
      Elizabeth, New Jersey 07207
      Attention: Andrea Lia, Director of Credit
      Telephone: (908) 436-3805
      Fax: (908) 629-1843

6.    OPICI Wine Company of NY
      25 De Boer Drive
      Glen Rock, New Jersey 07452
      Attention: Angela P. Mulvaney, Director of Customer Care
      Telephone: (201) 689-1200
      Fax: (201) 251-7972

7.    New York Tent Company
      180 Orville Drive
      Bohemia, New York 11716
      Attention: Steve Treting, President
      Telephone: (631) 979-9182
      Fax: (631) 218-9655

DIANA G. ADAMS
UNITED STATES TRUSTEE

By:    /s/ Brian S. Masumoto
       Brian S. Masumoto
       Trial Attorney
       33 Whitehall Street, 21st Floor
       New York, New York  10004
       Tel. No. (212) 510-0500