B6A (Official Form 6A) (12/07)

In re: **Tavern On The Green Limited Partnership**  
_____  
Debtor

Case No. **09-15450**  
_____  
(If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Warehouse<br>38-68 10th St.<br>Long Island City, NY 11101 | Fee Owner | | $1,200,000.00 | $5,750,000.00 |
| | | Total ➢ | $1,200,000.00 | |

(Report also on Summary of Schedules.)