B6B (Official Form 6B) (12/07)

In re **Tavern On The Green Limited Partnership**,    Case No. **09-15450**
Debtor    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | Cashiers' Banks/Safes | | 37,800.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | TD Bank<br>317 Madison Avenue<br>New York, 10017<br>Account #: Ending in 2692 | | 0.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | TD Bank<br>317 Madison Avenue<br>New York, 10017<br>Account #: Ending in 2700 | | 0.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | TD Bank<br>317 Madison Avenue<br>New York, 10017<br>Account #: Ending in 2718 | | 456,435.10 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | 1995 CAM LP<br>1995 Broadway,<br>17th and 18th Flrs.<br>New York, NY 10023 | | 51,020.59 |
| Security deposits with public utilities, telephone companies, landlords, and others. | | SFR Funding<br>Equipment Lease Deposit | | 3,587.21 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Art, Antiques, Other Art Object Located at Warehouse and Restaurant. Estimated Value. | | 6,000,000.00 |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

In re **Tavern On The Green Limited Partnership**,   Case No. **09-15450**
Debtor                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Banquet Receivables- See Attached.** | | 90,544.50 |
| Accounts receivable. | | **Group Sales Receivables- See Attached.** | | 98,322.93 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Trademark "Tavern On The Green"** | | 19,000,000.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Royalties from sauces, books, etc.** | | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1979 GMC Picnic Truck** | | 4,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **1989 International Delivery Truck** | | 5,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **1996 GMC C7H Delivery Truck** | | 5,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Ford E350 Van** | | 3,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

# TAVERN ON THE GREEN

## BANQUET TRANSACTIONS

### SEPTEMBER 9, 2009

| DATE | PARTY | CURRENT BALANCE |
|---|---|---|
| 04-Jun-08 | CURE FOR KILEY / BK | 2,168.00 |
| 15-Jul-08 | GLOBAL SPORT & HOSPITALITY / JB | 3,298.44 |
| 15-Jul-08 | GLOBAL SPORT & HOSPITALITY / JB | 939.58 |
| 30-Nov-08 | DENNIS CALOS / MS | 2,109.39 |
| 29-Apr-09 | NYARM / NY ASSOC OF REALTY MGRS / BK | 1,000.01 |
| 03-May-09 | JOEL COHEN / NS | 348.82 |
| 03-Jun-09 | EAGLE ACADEMY FOR YOUNG MEN / DEPT OF ED / NS | 615.00 |
| 07-Jun-09 | NEW YORK ROAD RUNNERS CLUB / BK | 500.00 |
| 09-Jun-09 | MOUNT SINAI DEPT OF RADIOLOGY / BK | 2,904.00 |
| 12-Jun-09 | MOUNT SINAI SCHOOL OF MEDICINE / FLORAL NOT PD | 400.00 |
| 16-Jun-09 | FRIED, FRANK, HARRIS, SHRIVER & JACOBSON / NS | 2,047.80 |
| 16-Jun-09 | NYU SCHOOL OF MEDICINE DEPT OF OPTHALMOLOGY / BK | 266.20 |
| 17-Jun-09 | NYC CENTRAL LABOR COUNCIL / BK | 8,614.01 |
| 25-Jun-09 | PRA DESTINATION / NS | 2,190.46 |
| 26-Jun-09 | SIMA YAKOBY & JOSH EPSTEIN / BK | 1,585.79 |
| 28-Jun-09 | DCINY / DISTINGUISHED CONCERTS INTL NY / NS | 3,203.59 |
| 03-Jul-09 | MELITZA APONTE & RON LEV / BK | 200.00 |
| 16-Jul-09 | YOUTH DEVELOPMENT FOUNDATION / HAL JACKSON / BK | 786.20 |
| 16-Jul-09 | BLANKELY BRANIFF & JASON RICKETT / NS | 222.92 |
| 22-Jul-09 | NYARM / NY ASSOC OF REALTY MGRS / BK | 7,790.29 |
| 24-Jul-09 | JOYCE NILSSON / NS | 4,150.76 |
| 05-Aug-09 | NEW YORK UNIVERSITY / BK | 4,530.00 |
| 07-Aug-09 | NEW VISIONS / SAVE THE DATE / BK | 3,369.85 |
| 08-Aug-09 | MAXWELL VITO ZAMBROTTO / BK | 3,935.50 |
| 19-Aug-09 | BEAM GREEN 8 / NS | 5,322.67 |
| 23-Aug-09 | A.S.P.C.A. / BK | 10,000.00 |
| 24-Aug-09 | NAVISTAR / BK | 915.59 |
| 25-Aug-09 | VISITOR GUIDE PUBLISHING / BK | 8,000.00 |
| 29-Aug-09 | TERRY COLLEGE / SAVE THE DATE / CG | 266.25 |
| 31-Aug-09 | AROMA VOYAGERS ASSOCIATION / NS | 1,400.00 |
| 09-Sep-09 | CHICAGO BOARD OPTION EXCHANGE / BK | 7,463.38 |
| | **BANQUET RECEIVABLE AGING AS OF 09/11/09** | **90,544.50** |

A/R Date: **TAVERN ON THE GREEN**
9/9/2009 **GROUP SALES RECEIVABLE**

| NUMBER | NAME | BALANCE |
|---|---|---:|
| 24 | OPENTOUR, INC. | 340.00 |
| 27 | KEITH PROWSE | 5,564.00 |
| 28 | LIBERTY TRAVEL, INC. | 136.00 |
| 30 | GOGO WORLDWIDE VACATIONS | 308.00 |
| 111 | NEW WORLD TRAVEL, INC. | 623.00 |
| 115 | ALLIED T- PRO | 14,878.21 |
| 120 | ALL TICKETS | 4,366.00 |
| 130 | AMERICAN LEISURE | 195.00 |
| 150 | AMERICANTOURS INTL INC. | 608.00 |
| 155 | ANA HALLO TOURS | 777.00 |
| 170 | BONJOUR USA TOURS | 90.00 |
| 318 | CLUB CORP | 1,033.92 |
| 345 | CONESTOGA TOURS | 46.00 |
| 517 | EXPEDIA, INC. | 35,814.85 |
| 615 | FTI NORTH AMERICA, INC. | 204.00 |
| 633 | 5 A INCENTIVE PLANNERS | 138.00 |
| 718 | GO WEST TOURS | 65.00 |
| 725 | GROUP DINING SERVICE | 870.00 |
| 925 | ISEATZ.COM | 156.00 |
| 1012 | JTB INTERNATIONAL, INC. | 4,446.00 |
| 1110 | KINTETSU INTERNATIONAL | 272.00 |
| 1203 | LOOKTOURS.COM | 1,065.50 |
| 1410 | NEW YORK CITY VACATION PKGS | 5,356.00 |
| 1932 | ATTRACTION WORLD LTD / SELIGO | 1,020.00 |
| 1943 | SOIREE USA | 2,552.00 |
| 2035 | TDI / B'WAY.COM | 14,408.45 |
| 2212 | VOLATOUR INC. | 272.00 |
| 2309 | YANKEE HOLIDAYS | 2,718.00 |
| | **TOTAL:** | **98,322.93** |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Tavern On The Green Limited Partnership** ,                                Case No. **09-15450**
                                    Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | Desks, chairs, and computers<br>1995 Broadway, 18th Fl.<br>New York, NY 10023 | | 10,000.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | Restaurant Tables, Chairs, and Equipment<br>West 67th St. &<br>Central Park West<br>New York, NY 10023 | | 200,000.00 |
| 30. Inventory. | | Wine, Liquor, Food, Glassware, and Silverware<br>West 67th St. &<br>Central Park West<br>New York, NY 10023 | | 1,050,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Gemini Cut Glass<br>(Repair Deposit) | | 8,608.50 |
| Other personal property of any kind not already listed. Itemize. | | Loan Receivable<br>Jennifer Oz LeRoy- Limited Partner | | 1,628,953.49 |
| Other personal property of any kind not already listed. Itemize. | | Loan Receivable-<br>LeRoy Adventures, Inc.-<br>General Partner | | 922,600.00 |
| Other personal property of any kind not already listed. Itemize. | | NYC Department of Parks and Recreation<br>(Bid Deposit- RFP,<br>from third party) | | 50,000.00 |
| | | __2__ continuation sheets attached | Total▷ | $29,624,872.32 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)