UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
─────────────────────────────────── x
In re                               :  Chapter 11
                                    :
TAVERN ON THE GREEN LIMITED         :  Case No. 09-15450 (ALG)
PARTNERSHIP, et al.                 :  Case No. 09-15448 (ALG)
                                    :
              Debtors.              :  (Jointly Administered)
─────────────────────────────────── x
TAVERN ON THE GREEN LIMITED         :
PARTNERSHIP and LEROY ADVENTURES,   :
INC.                                :
                                    :
              Plaintiffs,           :  Adv. Pro. No. 09-01513
                                    :
v.                                  :
                                    :
NEW YORK CITY DEPARTMENT OF         :
PARKS AND RECREATION,               :
                                    :
              Defendant.            :
                                    :
─────────────────────────────────── x
```

## NOTICE OF HEARING ON DEBTORS' MOTION
## FOR TEMPORARY RESTRAINING ORDER

PLEASE TAKE NOTICE that on October 12, 2009, Tavern on the Green L.P. ("TOTG") and Leroy Adventures, Inc. ("Leroy) (collectively "<u>Debtors</u>") in the above-referenced Chapter 11 cases filed in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") the Debtors' Motion For Temporary Restraining Order And Preliminary Injunction ("TRO").

PLEASE TAKE FURTHER NOTICE that a hearing to consider only the TRO relief requested in the Motion shall be held before the Honorable Allan L. Gropper, United States Bankruptcy Judge, on **October 15, 2009, at 11:00 a.m. (prevailing Eastern Time)**, at the

{NY079815;1}

United States Bankruptcy Court, Alexander Hamilton Custom House, Courtroom 617, One Bowling Green, New York, New York 10004 or as soon thereafter as counsel may be heard.

Dated: October 13, 2009
      New York, New York

Respectfully submitted,

**AKERMAN SENTERFITT LLP**

/s/ Keith N. Costa
Keith N. Costa (KC 1213)
335 Madison Avenue, Suite 2600
New York, NY 10017
Telephone: (212) 880-3800
Facsimile: (212) 880-8965
keith.costa@akerman.com

*Counsel to the Debtors and
Debtors-in-Possession*