## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re ) | Case No. 09-15450 (ALG) | |
| ) | | |
| TAVERN ON THE GREEN ) | | |
|   LIMITED PARTNERSHIP, ) | FINAL REPORT AND ACCOUNTING | |
| ) | | |
|       Debtor. ) | FOLLOWING CONVERSION OF | |
| ) | CHAPTER 11 PROCEEDING | |
| _____) | | |

### ADMINISTRATIVE EXPENSES § 507 (a)(1)

| | | |
|---|---|---|
| 1. | Trustee's Commissions | $ -0- |
| 2. | Accountant's Fees | $ -0- |
| 3. | Auctioneer's Fees | $ -0- |
| 4. | Appraiser's Fees | $ -0- |
| 5. | Attorney Fees for Creditors' Committee | $ -0- |
| 6. | Attorney Fees for Trustee | $ -0- |
| 7. | Attorney Fees for Debtor | $ -0- |
| 8. | Other Attorney Fees | $ 25,500 |
| 9. | Fees paid to US Trustee | $ 19,500 |
| 10. | Total of Itemized Expenses from Schedule A | $ -0- |
| 11. | TOTAL (Lines 1 thru 10) | **$ 45,000** |

### PAYMENTS TO CREDITORS

| | | |
|---|---|---|
| 12. | Total of Itemized Payments from Schedule B | **$ 260,759** |

### OTHER PAYMENTS

| | | |
|---|---|---|
| 13. | Surplus Returned to Debtor | $ -0- |
| 14. | Amount paid Equity Holders | $ -0- |
| 15. | TOTAL (Lines 13 & 14) | **$ -0-** |

### TOTAL DISTRIBUTION

| | | |
|---|---|---|
| 16. | TOTAL (Lines 11, 12, and 15) | **$ 305,759** |

### TRUSTEE DISBURSEMENTS

| | | |
|---|---|---|
| 17. | Portion of total distribution other than surplus, exemptions, or other monies paid to the debtor disbursed by Chapter 11 Trustee | $ N/A |
| 18. | Operating expenses disbursed by Chapter 11 Trustee | $ N/A |

Please answer the following questions:

1.  In whose possession are the books and records?
    (Give the full name and address)

    Eric Buhkman, Controller
    Tavern On The Green Limited Partnership
    West 67th Street & Central Park West
    New York, NY

2.  In which bank is the debtor in possession's account located?
    (Give the full name and address)

    TD Bank
    68th Street and Broadway
    New York, NY

    a. Bank Account Number:   7922252718
    b. State the balance on hand in the above account as of the date of conversion
       $64,120.73

Dated: New York, New York
       July 8, 2010

Respectfully submitted,

**AKERMAN SENTERFITT LLP**

/s/ Keith N. Costa
Keith N. Costa (KC 1213)
335 Madison Ave., Suite 2600
New York, NY 10017-4636
Telephone: (212) 880-3800
Facsimile: (212) 880-3965
Email: Keith.Costa@akerman.com

*Counsel for Debtors and
Debtors-in-Possession*

## SCHEDULE A

## ITEMIZATION OF PROFESSIONAL EXPENSES

Please supply and itemized list of expenses for professional persons (e.g., auctioneer, appraiser, attorney, etc) that have been paid from the estate. The following is a sample list of expenses items.

NONE

# SCHEDULE B

## PAYMENTS TO CREDITORS

| TO WHOM PAID | DATE PAID | AMOUNT PAID |
|---|---|---|
| 19. Payments to creditors made after involuntary petition filed and prior to the order for relief<br>_____ NONE_____ | _____ | _____ |
| 20. Wages, etc. §507 (a)(3)<br>Payroll w/e 9/6, pd 9/10/09 and payroll 9/7-9/9, pd 9/16/09 | 9/10/09 & 9/16/09 | $ 222,225 |
| 21. Contributions to employee benefit plans §507 (a)(4)<br>_____NONE_____ | _____ | $_____ |
| 22. Deposits for undelivered service or property §507 (a)(5)<br>Banquet deposits- cancellations | Various | $ 10,345 |
| 23. Taxes §507 (a)(6)<br>NY Metro Commuter Tax | 11/3/09 | $ 28,189 |
| 24. Secured Payments<br>_____NONE_____ | _____ | $_____ |
| 25. Unsecured Payments<br>_____NONE_____ | _____ | $_____ |
| **(Carry Total to Line 12)** | **TOTAL** | **$ 260,759** |

{NY107237;1}